UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>SHEILA ANN MURDOCK,<br><br>  Defendant. | CASE NO. 06-546M<br><br>DETENTION ORDER |

Offense charged:

  Mail Theft

Date of Detention Hearing:   October 26, 2006

The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds that no condition or combination of conditions which defendant can meet will reasonably assure the appearance of defendant as required.

FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

(1)   Defendant is charged, together with a co-defendant, with breaking into mailboxes

and stealing mail for the purposes of obtaining credit cards, checks and personal information.

(2) Defendant's criminal history includes multiple failures to appear in both felony and misdemeanor matters. There are three outstanding misdemeanor warrants.

(3) Defendant has significant mental health and substance abuse issues, which make a halfway house placement not appropriate. She does not have a stable recent residential history and does not have an acceptable residence in which to reside if released from custody.

(4) Defendant poses a risk of nonappearance due to her history of failing to appear, outstanding warrants, unstable residential history and lack of appropriate current residence, as well as both substance abuse and mental health issues.

(5) There does not appear to be any condition or combination of conditions that will reasonably assure the defendant's appearance at future Court hearings.

It is therefore ORDERED:

(1) Defendant shall be detained pending trial and committed to the custody of the Attorney General for confinement in a correction facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

(2) Defendant shall be afforded reasonable opportunity for private consultation with counsel;

(3) On order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility in which defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

(4) The clerk shall direct copies of this Order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United States Pretrial Services Officer.

DATED this <u>27th</u> day of October, 2006.

*[signature]*

Mary Alice Theiler
United States Magistrate Judge

DETENTION ORDER
18 U.S.C. § 3142(i)
PAGE 3

15.13
Rev. 1/91